**DISMISS; and Opinion Filed March 19, 2019.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01385-CV

**SCOTT FIELDS, Appellant**

**V.**

**CITY OF SHERMAN, TEXAS, DAVID PLYLER, ZACH FLORES, AND ALEX SHIVERS, Appellees**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1686**

## MEMORANDUM OPINION
Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

This is an appeal from the denial of a temporary restraining order. Because an order denying a motion for a temporary restraining order is not appealable, we directed appellant to file a letter brief addressing the Court's jurisdiction. *See Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680-81 (Tex. App.—Houston [14th Dist.] 2005, no pet.) (en banc) (noting that appellate courts have jurisdiction to consider immediate appeals of interlocutory orders that do not dispose of all issues and parties only if allowed by statute and no statute authorizes appeal from denial of temporary restraining order). Appellant complied, but nothing in his letter demonstrates

we have jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a);

*Nikolouzos*, 162 S.W.3d at 681.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


181385F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SCOTT FIELDS, Appellant

No. 05-18-01385-CV     V.

CITY OF SHERMAN, TEXAS, DAVID PLYLER, ZACH FLORES, AND ALEX SHIVERS, Appellees

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. CV-18-1686.
Opinion delivered by Justice Schenck, Justices Brown and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 19th day of March 2019.